1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail:    christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,       ) No. CR-14-0635 JST
                                     )
14 |         Plaintiff,               ) STIPULATION AND [PROPOSED]
                                     ) ORDER TO CONTINUE STATUS
15 |    v.                            ) HEARING TO SEPTEMBER, 28, 2016
                                     )
16 |                                  )
   | JAMALL ROBINSON,                 ) Date:    August 30, 2016
17 |                                  ) Time:    9:30 a.m.
                                     ) Court:   Hon. Kandis A. Westmore
18 |         Defendant.               )
                                     )
19

20      The above-captioned matter is set on August 30, 2016 before this Court for a status hearing. The

21 parties request that this Court vacate that date and set this matter for status hearing on September 28,

22 2016 at 9:30 a.m. Defendant, Jamall Robinson, made his initial appearance on the revocation petition on

23 August 2, 2016. The parties are currently attempting to investigate the allegation in the revocation

24 //

25 //

26 //

27 //

28 //

STIP. REQ. TO CONTINUE SENTENCING HEARING
NO. CR-14-0635 JST

1  petition, which is that Robinson engaged in some form of bankruptcy fraud or used a false identity.

3  DATED: August 24, 2016                    Respectfully submitted,

| CHRISTINA McCALL<br>United States Attorney | |
|---|---|
|    */s/ Christina McCall*<br>CHRISTINA McCALL<br>Assistant U. S. Attorney |    */s/ Elena Condes*<br>ELENA CONDES<br>Attorney for Jamall Robinson |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby IT IS HEREBY ORDERED THAT the hearing is continued until September 28, 2016, at 9:30 a.m.

IT SO ORDERED.

DATED: 8/24/16

_____
The Hon. Kandis A. Westmore
United States Magistrate Court Judge