1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3680

7 | Facsimile: (510) 637-3724
E-Mail: christina.mccall@usdoj.gov

8

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-14-0635 JST |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING TO JANUARY 13, 2017 |
| v. | |
| JAMALL ROBINSON, | ) Date: November 10, 2016<br>) Time: 9:30 a.m.<br>) Court: Hon. Jon S. Tigar |
| Defendant. | |

The above-captioned matter is set on November 10, 2016 before this Court for a status hearing. The parties request that this Court vacate that date and set this matter for status hearing on September 28, 2016 at 9:30 a.m. Defendant, Jamall Robinson, made his initial appearance on the revocation petition on August 2, 2016, and appeared again for a status conference on August 28. The parties are currently attempting to investigate the allegation in the revocation petition, which is that Robinson

//

//

//

//

STIP. REQ. TO CONTINUE STATUS HEARING
NO. CR-14-0635 JST

engaged in some form of bankruptcy fraud or used a false identity.  The Probation Officer supervising Mr. Robinson is also available on January 13, 2017.

DATED:  November 1, 2016                    Respectfully submitted,

| CHRISTINA McCALL<br>United States Attorney | |
|---|---|
|    */s/ Christina McCall*<br>CHRISTINA McCALL<br>Assistant U. S. Attorney |    */s/ Elena Condes*<br>ELENA CONDES<br>Attorney for Jamall Robinson |

### ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby IT IS HEREBY ORDERED THAT the hearing is continued until January 13, 2017, at 9:30 a.m.

IT SO ORDERED.

DATED: November 1, 2016

_____
The Hon. Jon S. Tigar
United States District Court Judge

STIP. REQ. TO CONTINUE STATUS HEARING
NO. CR-14-0635 JST